**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DAVID C. LETTIERI, #16091-509** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIV. ACT. NO. 1:26-cv-386-TFM-MU** |
| | ) | |
| **FMC DEVENS, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MEMORANDUM OPINION AND ORDER**

On September 24, 2026, the Magistrate Judge entered a Report and Recommendation which recommends this action be transferred to the United States District Court for the District of Massachusetts. *See* Doc. 5. On October 20, 2026, Plaintiff filed objections. *See* Doc. 6. The Report and Recommendation is ripe for review.

Plaintiff's objections provide no specifics as to the analysis of the Report and Recommendation. Rather he simply does not want the case transferred. Nothing there contradicts the well-reasoned analysis of the Magistrate Judge. Therefore the objections are overruled.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court and this case is transferred to the United States District Court for the District of Massachusetts. Accordingly, the Clerk of Clerk is **DIRECTED** to effectuate the transfer.

**DONE** and **ORDERED** this 23rd day of November, 2026.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE